Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

SAMPLE 1

FILED
MAY 1 8 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

**CIV 21 0516 J**

WILLIAM L. HARDING
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SEE Attached
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No


## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: William L. Harding
   Street Address: P.O. Box 548
   City and County: Lexington, Cleveland Co
   State and Zip Code: Oklahoma 73051
   Telephone Number:
   E-mail Address:

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case
_____

Defendant No. 1
    Name: Oklahoma Department of Corrections
    Job or Title (if known): Corporation
    Street Address: 3400 MLK Blv
    City and County: Oklahom ; Oklahoma Co.
    State and Zip Code: Oklahoma ; 73111
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: Joseph Harp; OCI Furniture Fact.
    Job or Title (if known): Corporation
    Street Address: 16161 Moffat Road; Box 548
    City and County: Lexington ; Cleveland Co.
    State and Zip Code: Oklahoma, 73051
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: Athony Wiecher
    Job or Title (if known): Industrial Coordinator
    Street Address: 16161 Moffat Road; Box 548
    City and County: Lexington ; Cleveland Co.
    State and Zip Code: Oklahoma 73051
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: Alex Lunen
    Job or Title (if known): Acting Director; As Signed RTS
    Street Address: 3400 N. Martin Luther King Blv.
    City and County: Oklahoma    Oklahom Co
    State and Zip Code: Oklahoma  73111
    Telephone Number:
    E-mail Address (if known):

Defendent No 5. See Attached pg 1

Attachment Page                                     1 of 5

Defendents; on pg 1 of 5
Oklahoma Department of Corrections
Joseph Harp Furniture Factory
Anthony Wiechec
Alex Ceneel
Keith Wells


The Defendants; pg 2 of 5
  Defendent No. 5.
Name: Keith Wells
Job or Title: Shop supervisor
Street address: P.O. Box 548; 11641 Moffatt Road
City & county: Lexington; Cleveland Co.
State and zip code: Oklahoma  73051
Telephone Number:
E-Mail Address:


B. The Defendant is a corporation
  The defendant Joseph Harp OCI; Furniture Factory is incorporated under the laws of the State of Oklahoma and has its principle place of business in the State of Oklahoma; Lexington, Cleveland County.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title VII of The Civil Rights Act; the Equal Pay Act.

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

  a.      If the plaintiff is an individual

  The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

  b.      If the plaintiff is a corporation

  The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

  a.      If the defendant is an individual

  The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*Does not apply*

    b.    If the defendant is a corporation

The defendant, (name) ~~Okla. Dept of Correction~~ is incorporated under the laws of the State of (name) ~~Oklahoma~~, and has its principal place of business in the State of (name) ~~Oklahoma~~.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.) ~~See Attached~~

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

---

### III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See: ~~Attached Page~~ pg 2-5 "Attachment Page"

---

### IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking $500,000 of plus punitive damages for the violations of my civil rights, the defamation of character, unpaid overtime, retaliation, back pay & forward pay, & the racial discrimination that i suffered. To my understanding they still do not pay overtime. But certain white personal are being put on

Page 4 of 5

different payrolls so that they can be paid more money than what they say is allowed at the Furniture Factory. Also, racial balance is still not kept in any fasion as to affirmitive Action Statutes

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-23-2021

Signature of Plaintiff: William C. Harding
Printed Name of Plaintiff: William C. Harding

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# Attachment Page           2 of 5

## III. Statement of Claim

No. 1. racial discrimination: I was laid off and ultimently fired by Athony Weiched & Alex Lunne for speaking up for myself against an acusation for hobby crafting, while being African American, where others that are white did not suffer the same fate, for speaking up for themselves.

No 2. Defamation: On 3-9-2020 in a production meeting Anthony Wiechech defamed me in front of my work peers which were all white or than Alfred Poolaw wich is Native American. Demeaning me for several minutes with the Intent to embarras, shame & harass me in front of others while Kieth Wells sat there and watched

No 3. Retaliation: After work on 3-9-2020, at the security check gate i was told by officer Jaqures that i was laid off by Athony Wiech for one week. This was done in retaliation for me speaking up for

myself at the production meeting. On 3-11-2020 I filed a complaint "Request To Staff" No. JHCC-12575. The end result was that i was terminated on 6-15-2020

No 4. No overtime pay: During my entire time working at Joseph Harp Furniture Factory i was never paid overtime for the extra hours worked as required by State & Federal laws. My time sheets will verify this claim.

No. 5 Hostile work enviroment: Anthony Wiechec instructed personal of all levels to report to him if she saw anything that they deemed to be extra work, side jobs aka Hobby Craft. Creating a hostile work enviroment because He & Alex Lunn had people do personal Hobby Craft for themselves including me the petitioner William Harding. Anthony Wiechec showed favoritism over one nationality over another when to his advantage.

No 6. Cat Paw theory: Athony Wiechec, Keith Wells and Alex Lureu took under advisement and made personal decisions based off the direction of certain white personal at the [illegible] Furniture factory at Joseph Harp, allowing them to dictate whom was hired, what positions they worked & how much they were paid.

At one time i was elected to become Shoppe lead man, after a day or two Keith Wells ask me to allow some else to take the position, after a brief discusion there was an agreement made that if i did so, myself & Wade Edwards would both be maxed out on pay to .65¢ an hour which we both were within the next week or so.

Afterwards i told be other personal, that certain White personal approach Keith Wells, saying a black floor lead was [illegible] [illegible]

Attachment Page                                      5 of 5

Not what was wanted by them and others, which the majority of the Furniture Factory personal is White & all of the Department of Corrections Furniture Factory personal is White.

Please See:
"Equal Employment Opportunity Commission" pages 1-7 enclosed

EXIBIT "A"   pages 1-11
      "B"   pages 1-11 & 1 of 1

Respectfully
Submitted
William L. Harding

## Certificate of Service

☐ I hereby certify that on (date) _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ _Pro-se_ _Dill· Hazlip_
s/ Attorney Name