# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM L. HARDING,       ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.       ) | Case No. CIV-21-00516-JD |
| ) | **LEAD CASE** |
| OKLAHOMA DEPARTMENT OF   ) | |
| CORRECTIONS, et al.,      ) | (consolidated with |
| ) | Case No. CIV-21-842-JD) |
| Defendants.    ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, recommending that Plaintiff's Application for Leave to Proceed *in forma pauperis* (filed in Case No. CIV-21-842-JD) be denied. *See* R. & R. [Doc. No. 29 in Case No. CIV-21-842]; Appl. [Doc. No. 28 in Case No. CIV-21-842]. Judge Purcell advised Mr. Harding of his right to file an objection to the Report and Recommendation by February 9, 2022, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. *See also* 28 U.S.C. § 636.

The record reflects that Mr. Harding did not file an objection to the Report and Recommendation by the deadline or request an extension of time to do so.

The Court therefore **ADOPTS** the Report and Recommendation in its entirety for the reasons stated therein. Mr. Harding's Application for Leave to Proceed *in forma pauperis* [Doc. No. 28 in Case No. CIV-21-842] is **DENIED.**

IT IS SO ORDERED this 29th day of March 2022.

                                                                             _____
                                                                             JODI W. DISHMAN
                                                                             UNITED STATES DISTRICT JUDGE